**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANDERSON JONES,<br><br>               Petitioner,<br><br>   vs.<br><br>LELAND McEWEN, WARDEN,<br><br>               Respondent. | CASE NO. ED CV 12-00506 DMG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of STEVEN ANDERSON JONES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 13, 2013

*/s/ Dolly M. Gee*

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE